IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR114 |
| | ) | |
| vs. | ) | |
| | ) | |
| KELVIN BAEZ-ADAMES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant, Kelvin Baez-Adames' Unopposed Motion to Continue Trial [49]. For the reasons stated in the motion, the undersigned magistrate judge finds good cause to grant the motion. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [49] is granted, as follows:

1. The jury trial, **as to both defendants**, now set for April 26, 2023, is continued to **June 27, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 27, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

DATED: April 4, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge